**PROPOSED ORDER/COVER SHEET**

TO:    **Honorable Thomas S. Hixson**          RE:    **ARREAGA SANTIZO, Julio**
       **U.S. Magistrate Judge**

FROM:  **Silvio Lugo, Chief**                  Docket No.:    **3:26-mj-70544-MAG**
       **U.S. Pretrial Services Officer**

Date:    **5/21/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Allyse Johnson                                 415-436-7508

U.S. Pretrial Services Officer          **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐    I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐    Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding  District Court Judge _____

☑    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑    Modification(s)

Due to the defendant being remanded into ICE custody following his release, the following conditions of release are removed from the defendant's bond:

1. Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services.

☐    Bail Revoked/Bench Warrant Issued.

☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐    Other Instructions:

_____

_____

**JUDICIAL OFFICER** _____    May 21, 2026 _____
                                            **DATE**

Thomas S. Hixson
U.S. Magistrate Judge